IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTOPHER CLEVELAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-13-379-C |
| | ) | |
| KAMERON HARVANEK, Warden, JLCC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF TRANSFER

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Suzanne Mitchell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Mitchell entered a Report and Recommendation on May 17, 2013, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Plaintiff raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and this case is transferred to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 6th day of June, 2013.

ROBIN J. CAUTHRON
United States District Judge